UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON; the COMMONWEALTHS of MASSACHUSETTS, and VIRGINIA; and THE DISTRICT OF COLUMBIA *ex rel.* JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4,<br><br>        Plaintiff–Relators,<br><br>    v.<br><br>QOL MEDICAL, LLC, ONE PATIENT SERVICES, LLC, FREDERICK E. COOPER, METABOLIC SOLUTIONS, LLC, TRUSTEE of the FREDERICK E. COOPER JR. IRREVOCABLE TRUST, and TRUSTEE of the JOHNSON JOSEPH COOPER, IRREVOCABLE TRUST,<br><br>        Defendants. | CIVIL ACTION NO.:<br><br>1:20–cv–11243–AK<br><br><br>*FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)* |

## NOTICE OF VOLUNTARY PARTIAL DISMISSAL

Plaintiffs/Relators filed the above-referenced action, in which they asserted claims on behalf of the federal government of the United States under the federal False Claims Act, 31 U.S.C. § 3729 *et seq.*, as well as the above-named States pursuant to the *qui tam* provisions of the various state False Claims Acts (the "States' Claims");

On January 22, 2024, the United States filed its notice of intervention in part and declination in part. The United States intervened as to allegations that QOL Medical, LLC and Frederick E. Cooper paid remuneration in violation of the Anti-Kickback Statute to induce purchases of QOL's product, Sucraid (the "Intervened Claims"). The United States declined to intervene as to all other allegations and all other Defendants (the "Declined Claims");

Plaintiffs/Relators now wish to dismiss the Declined Claims continuing to pursue the action on behalf of the above-named States in respect of the States' Claims alone;

Plaintiffs/Relators have solicited and obtained the consent of the United States to the dismissal of the Declined Claims as required by law see 31 U.S.C. §3730(b)(1);

Defendants have not been served with the Complaint in this action, and thus have not filed an Answer;

Plaintiffs/Relators understands that the United States will be filing, on behalf of itself, a Notice of Consent to this Notice.

THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs/Relators give notice that the Declined Claims are voluntarily dismissed with prejudice as to the Relators and without prejudice as to the United States.

[*signature on following page*]

Respectfully submitted,

PLAINTIFF–RELATORS,
By their Attorneys,

Dated:   November 1, 2024

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq. (BBO #642964)
MILLIGAN RONA DURAN & KING LLC
28 State Street, Ste. 802
Boston, Massachusetts 02109
(617) 395-9570
ijr@mrdklaw.com

        *-and-*

Royston H. Delaney, Esq. (BBO #655666)
RORY DELANEY, ESQ., LLC
28 State Street, Ste. 802
Boston, Massachusetts 02109
(857) 498-0384
rory@rorydelaney.com

## CERTIFICATE OF SERVICE

    I certify that, on November 1, 2024, I served a copy of the foregoing document by electronic mail on the following counsel for the United States and States:

Brian M. LaMacchia  
Lindsey Ross  
Assistant United States Attorneys  
U.S. Attorney's Office  
District of Massachusetts  
One Courthouse Way, Suite 9200  
Boston, MA 02110  
brian.lamacchia@usdoj.gov  
lindsey.ross@usdoj.gov  

Emily Bussigel  
Margaret Paige Ammons  
Attorneys, Civil Division  
U.S. Department of Justice  
175 N Street, NE, Room 10.109  
Washington, DC 20002  
emily.a.bussigel@usdoj.gov  
paige.ammons@usdoj.gov  

Ian R. Marinoff  
Assistant Attorney General  
Office of the Attorney General  
One Ashburton Place  
Boston, Massachusetts 02108  
ian.marinoff@mass.gov  

Dated:   November 1, 2024             /s/ Ilyas J. Rona  
                                          Ilyas J. Rona, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON; the COMMONWEALTHS of MASSACHUSETTS, and VIRGINIA; and THE DISTRICT OF COLUMBIA *ex rel.* JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4,<br><br>Plaintiff–Relators,<br><br>v.<br><br>QOL MEDICAL, LLC, ONE PATIENT SERVICES, LLC, FREDERICK E. COOPER, METABOLIC SOLUTIONS, LLC, TRUSTEE of the FREDERICK E. COOPER JR. IRREVOCABLE TRUST, and TRUSTEE of the JOHNSON JOSEPH COOPER, IRREVOCABLE TRUST,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>1:20–cv–11243–AK<br><br>*FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)* |

## [PROPOSED] ORDER

On January 22, 2024, the United States filed its notice of intervention in part and declination in part. The United States intervened as to allegations that QOL Medical, LLC and Frederick E. Cooper paid remuneration in violation of the Anti-Kickback Statute to induce purchases of QOL's product, Sucraid (the "Intervened Claims"). The

United States declined to intervene as to all other allegations and all other Defendants (the "Declined Claims");

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs/Relators have filed a Notice of Voluntary Partial Dismissal and the United States has consented to that dismissal;

It is hereby ORDERED that the Declined Claims shall be dismissed with prejudice as to the Plaintiffs/Relators and without prejudice as to the United States.

SO ORDERED.


Date: _____
HON. ANGEL KELLY
UNITED STATES DISTRICT JUDGE

2